UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ARGUETA,<br><br>             Plaintiff,<br><br>      v.<br><br>WALGREENS COMPANY,<br><br>             Defendant. | Case No. 1:24-cv-00072-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>(Doc. 7) |

On January 17, 2024, Plaintiff Jessica Argueta ("Plaintiff") initiated this action with the filing of a complaint against Defendant Walgreens Company ("Defendant"). (Doc. 1). Pending before the Court is the parties' stipulation to extend Defendant's deadline to file a responsive pleading. (Doc. 7). In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED Defendant shall have until April 1, 2024, to file its responsive pleading to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:    **March 8, 2024**                    _____

                                                      UNITED STATES MAGISTRATE JUDGE