UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ARGUETA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS COMPANY, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00072-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT<br><br>(Doc. 11) |

Plaintiff Jessica Argueta ("Plaintiff") initiated this action with the filing of a complaint on January 17, 2024. (Doc. 1). Thereafter, the parties twice stipulated to extending Defendants time to respond to the complaint. (Docs. 6-7). On March 8, 2024, the Court ordered Defendant Walgreens Company ("Defendant") to file its responsive pleading by April 1, 2024. (Doc. 8). On March 29, 2024, Defendant filed a request for substitution of attorney and the Court issued an order granting the request on April 1, 2024. (Docs. 9-10).

On April 1, 2024, the day a responsive filing was due, Defendant filed a joint stipulation seeking an order again extending time for Defendant to file a response to the complaint. (Doc. 11). Defendant proffers that good cause warrants the brief extension because it recently obtained new counsel and requires additional time to file a responsive pleading. *Id*. at 2.

In the Eastern District of California, "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." Local Rule 144(d). While the Court finds good cause to grant the parties' request, here, it should have become apparent to Defendant that it required an extension of time to file a responsive pleading

well before the April 1, 2024, deadline.  The Court disfavors granting relief *nunc pro tunc* and admonishes Defendant to exercise better care and to adhere to this Court's Local Rules in all future filings.

For good cause shown, it is HEREBY ORDERED, Defendant shall have until **April 15, 2024**, to respond to the complaint.

It is FURTHER ORDERED the following schedule shall govern the briefing of any motion to dismiss timely brought by Defendant:

1. Defendant shall file a motion to dismiss by no later than **April 15, 2024**.
2. Plaintiff shall file an opposition to such motion by no later than **May 15, 2024**.

IT IS SO ORDERED.

Dated:   **April 2, 2024**                                   _____
                                                              UNITED STATES MAGISTRATE JUDGE