1  JAMES K. HOLDER (SBN 267843)
   jholder@grsm.com
2  GORDON & REES SCULLY MANSUKHANI LLP
   315 Pacific Avenue
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Defendant
   WALGREENS COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JESSICA ARGUETA, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>WALGREENS COMPANY; and DOES 1 to 10, inclusive;<br><br>            Defendants. | CASE NO. 1:24-cv-00072-JLT-CDB<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Date: May 28, 2024<br>Time: 10:30 a.m.<br>Location: United States Courthouse, 510 19th Street, Bakersfield, CA 93301<br>Judge: Hon. Christopher D. Baker<br><br>Complaint Filed: January 17, 2024<br>Trial Date:     None Set |
|---|---|

-1-
**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**
**Case No. 1:24-cv-00072-JLT-CDB**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on, **May 28, 2024** or as soon thereafter as this matter may be heard, Defendant WALGREENS COMPANY ("Walgreens") will and hereby does move this Court, located at Bakersfield Federal Courthouse, 510 19th Street, Bakersfield, CA 93301, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff JESSICA ARGUETA's ("Plaintiff") compliant in its entirety, including, Count I, Breach of Express Warranty, Count II, Breach of Implied Warranty of Merchantability, and Count III, Violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 et seq. ("UCL") (On Behalf of the California Subclass); listed in her Class Action Complaint; and for such other and further relief as this Court may find just and proper. Plaintiff's Complaint must be dismissed because Plaintiff's entire case is federally preempted and also fails to state a claim for which relief can be granted because even if Plaintiff's lawsuit was not preempted – which is clearly is – Plaintiff's argument that Phenazopyridine Hydrochloride is "unlawful" also fails as a legal matter because Phenazopyridine Hydrochloride was "grandfathered" into the FDCA.

The motion is based on this notice, on the supporting Memorandum of Points and Authorities ("Memorandum"), concurrently filed herewith, the Request for Judicial Notice, and on all other pleadings and papers on file or to be filed in the above-entitled action, the arguments of counsel, and any other matters that may properly come before the Court for its consideration.

Counsel for Walgreens met and conferred with counsel for Plaintiff by telephone concerning the subject matter of this motion and counsel for Plaintiff represented that they viewed the parties as being at an impasse.

Dated: April 15, 2024                GORDON REES SCULLY MANSUKHANI, LLP

By:/s/ *James K. Holder*
    James K. Holder
    Attorneys for Defendant
    WALGREENS COMPANY

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**

-1-

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**
**Case No. 1:24-cv-00072-JLT-CDB**

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                /s/ James K. Holder
                JAMES K. HOLDER

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

JMUIR/1304907/77246996v.1

-2-

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**
**Case No. 1:24-cv-00072-JLT-CDB**