1  JAMES K. HOLDER (SBN 267843)
   jholder@grsm.com
2  GORDON & REES SCULLY MANSUKHANI LLP
   315 Pacific Avenue
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Defendant
   WALGREENS COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ARGUETA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALGREENS COMPANY; and DOES 1 to 10, inclusive;<br><br>Defendants. | CASE NO. 1:24-cv-00072-JLT-CDB<br><br>**DEFENDANT'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Date: May 28, 2024<br>Time: 9:00 a.m.<br>Location: Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA 93721, Courtroom 4, 7th floor<br>Judge: Hon. Jennifer L. Thurston<br><br>Complaint Filed: January 17, 2024<br>Trial Date:    None Set |

-1-
**DEFENDANT'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**
**Case No. 1:24-cv-00072-JLT-CDB**

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Please take notice[1] that on, May 28, 2024 or as soon thereafter as this matter may be
3  heard, Defendant WALGREENS COMPANY ("Walgreens") will and hereby does move this
4  Court, located at Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA
5  93721, Courtroom 4, 7th floor, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6)
6  dismissing Plaintiff JESSICA ARGUETA's ("Plaintiff") compliant in its entirety, including,
7  Count I, Breach of Express Warranty, Count II, Breach of Implied Warranty of Merchantability,
8  and Count III, Violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code §
9  17200 et seq. ("UCL") (On Behalf of the California Subclass); listed in her Class Action
10 Complaint; and for such other and further relief as this Court may find just and proper.
11 Plaintiff's Complaint must be dismissed because Plaintiff's entire case is federally preempted
12 and also fails to state a claim for which relief can be granted because even if Plaintiff's lawsuit
13 was not preempted – which is clearly is – Plaintiff's argument that Phenazopyridine
14 Hydrochloride is "unlawful" also fails as a legal matter because Phenazopyridine Hydrochloride
15 was "grandfathered" into the FDCA.

16 The motion is based on this notice, on the supporting Memorandum of Points and
17 Authorities ("Memorandum"), concurrently filed herewith, the Request for Judicial Notice, and
18 on all other pleadings and papers on file or to be filed in the above-entitled action, the arguments
19 of counsel, and any other matters that may properly come before the Court for its consideration.

20 Counsel for Walgreens met and conferred with counsel for Plaintiff by telephone
21 concerning the subject matter of this motion and counsel for Plaintiff represented that they
22 viewed the parties as being at an impasse.

23 Dated: April 19, 2024            GORDON REES SCULLY MANSUKHANI, LLP

24
25                                  By:/s/ *James K. Holder*
                                        James K. Holder
26                                      Attorneys for Defendant
                                        WALGREENS COMPANY

---

[1] This is an amended notice of motion to replace the earlier motion to dismiss, which was inadvertently set for hearing before the assigned Magistreate Judge.

-1-

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**
**Case No. 1:24-cv-00072-JLT-CDB**

*Gordon Rees Scully Mansukhani, LLP*
*315 Pacific Avenue*
*San Francisco, CA 94111*

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ James K. Holder<br>
JAMES K. HOLDER

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

JMUIR/1304907/77246996v.1

-2-

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**
**Case No. 1:24-cv-00072-JLT-CDB**